**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
CHRISTINE SARAH VIVIANE BOUDJELTA,

                      Plaintiff,

-against-                                            25 **CIVIL** 1729 (ER)

                                         **JUDGMENT**

CLAL-THE NATIONAL JEWISH CENTER FOR
LEARNING AND LEADERSHIP INC, BRADLEY
RABBI HIRSCHFIELD, ELAN BABCHUCK,
and STEVEN ROTTER,

                      Defendant.
------------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated October 20, 2025, Defendants' motion to dismiss Boudjelta's federal claims pursuant to Rule 12(b)(6) is GRANTED. The Court declines to exercise supplemental jurisdiction over her remaining claims pursuant to 28 U.S.C. § 1367(c)(3) and therefore dismisses them as well. Accordingly, the case is closed.

**Dated:**  New York, New York

       October 21, 2025

                                                  **TAMMI M. HELLWIG**

                                                      **Clerk of Court**

                            **BY:**

                                                      **Deputy Clerk**